

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2014

No. 04-14-00039-CR

James **FERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 12716-CR
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED.


_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2014.


_____
Keith E. Hottle
Clerk of Court